UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 3:09-00025 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| ) | |
| JORGE ESTRADA-HERRERA ) | |

## MOTION TO UNSEAL

Comes now the United States by and through the undersigned Assistant United States Attorney Sunny A.M. Koshy, hereby requests the Court approve the Proposed Agreed Order attached hereto. The Proposed Agreed Order permits the U.S. Probation Office to have access to the sealed mental evaluation of the defendant, which should be summarized in the presentence report. Defense counsel, Jerry Gonzalez, has authorized the government to submit an Agreed Order to that effect.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY____s/ Sunny A.M. Koshy_____
SUNNY A.M. KOSHY
Assistant U. S. Attorney
110 9th Avenue South, A651
Nashville, Tennessee 37203
Telephone: 615-736-5151